USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIE S. MOMBRUN,

                Plaintiff,

   -v-

THE NEW YORK HOTEL PENSION
FUND and MATTHEW E. KELERCHIAN,

                Defendants.
-------------------------------------------------------------X

**ORDER**

22-CV-4970 (PGG) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court held an initial case management conference today. At the conference, counsel for defendants agreed to send plaintiff, who is proceeding *pro se*, the necessary paperwork so she may apply for her pension. Once received, plaintiff should complete and submit the paperwork as soon as possible. In addition, counsel for defendants agreed to provide plaintiff's January 2022 letter contesting the calculation of her pension to the Board of Trustees of the New York Hotel Trades Council and Hotel Association of New York City, Inc. Pension Fund, so they may consider the correspondence as plaintiff's appeal of the pension currently awarded to her.[1]

---

[1] Per defendants' answer dated December 21, 2022 (Dkt. No. 13), the correct name for the defendants is "New York Hotel Trades Council and Hotel Association of New York City, Inc. Pension Fund," not "The New York Hotel Pension Fund" as is stated in the caption and complaint.

The Court hereby stays the case for 90 days to allow for these events to unfold, as they may eliminate the need for further litigation. Counsel for defendants is directed to provide a status update to the Court by **April 14, 2023**.

**SO ORDERED.**

Dated:   January 12, 2023
    New York, New York

---
JAMES L. COTT
United States Magistrate Judge